# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-02745-STV

CARLOS CUESTA,

    Plaintiff,

v.

WONG INVESTMENT (U.S.A.), LLC,
d/b/a GLENDALE CENTER, and
THE ORIGINAL BEAVER POND, INC.,
d/b/a DR. PROCTOR'S LOUNGE.

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS CUESTA, and Defendants, WONG INVESTMENT (U.S.A.), LLC, d/b/a GLENDALE CENTER, and THE ORIGINAL BEAVER POND, INC., d/b/a DR. PROCTOR'S LOUNGE, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these defendants.

Respectfully submitted this February 7, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Ryan B. Thompson* |
| ANTHONY J. PEREZ | RYAN B. THOMPSON |
| GARCIA-MENOCAL & PEREZ, P.L. | ALLEN & CURRY, P.C. |

1

| | |
|---|---|
| 1600 Broadway<br>Denver, Colorado 80202<br>Telephone: (305) 553- 3464<br>Email:  ajperez@lawgmp.com<br>*Attorney for Plaintiff* | 1125 Seventeenth Street, Suite 1275<br>Denver, CO 80202<br>Telephone:  303-955-6185<br>Email:   rthompson@allen-curry.com<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 7, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com;
dramos@lawgmp.com

By:  */s/ Anthony J. Perez*
         ANTHONY J. PEREZ

2