**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:22-cv-02745-STV

CARLOS CUESTA,

    Plaintiff,

v.

WONG INVESTMENT (U.S.A.), LLC,
d/b/a GLENDALE CENTER, and
THE ORIGINAL BEAVER POND, INC.,
d/b/a DR. PROCTOR'S LOUNGE,

    Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS CUESTA, and Defendants, WONG INVESTMENT (U.S.A.), LLC, d/b/a GLENDALE CENTER, and THE ORIGINAL BEAVER POND, INC., d/b/a DR. PROCTOR'S LOUNGE, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 20, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Ryan B. Thompson* |
| ANTHONY J. PEREZ, ESQ. | RYAN B. THOMPSON |
| GARCIA-MENOCAL & PEREZ, P.L. | ALLEN & CURRY, P.C. |
| 1600 Broadway | 1125 Seventeenth Street, Suite 1275 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (305) 553-3464 | Telephone: 303-955-6185 |
| Email: ajperez@lawgmp.com | Email: rthompson@allen-curry.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 20, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dramos@lawgmp.com
bvirues@lawgmp.com


By: ___*/s/ Anthony J. Perez*_____
      ANTHONY J. PEREZ